1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT
8                         CENTRAL DISTRICT OF CALIFORNIA
9
10  PEDRO NAVARRO,                        Case No. CV 19-7225-FMO (KK)
11                  Petitioner,
12          v.                            ORDER ACCEPTING FINDINGS
                                          AND RECOMMENDATION OF
13  M. JOHNSON, Warden,                   UNITED STATES MAGISTRATE
                                          JUDGE
14                  Respondent.
15
16
17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of
18  Habeas Corpus, the records on file, and the Report and Recommendation of the
19  United States Magistrate Judge. No objections have been filed. The Court accepts
20  the findings and recommendation of the Magistrate Judge.
21          IT IS THEREFORE ORDERED that Judgment be entered (1) denying the
22  Petition for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.
23
24  Dated: April 17, 2020                       /S/
                                          HONORABLE FERNANDO M. OLGUIN
25                                        United States District Judge
26
27
28