JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PEDRO NAVARRO, | Case No. CV 19-7225-FMO (KK) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| M. JOHNSON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: April 17, 2020

/S/
HONORABLE FERNANDO M. OLGUIN
United States District Judge